**2010-0459. State ex rel. McQueen v. Klatt.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
BROWN, C.J., not participating.

**2010-0531. Henderson v. Shaffer.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul S. Henderson and action for declaratory judgment. Sua sponte, cause dismissed.
PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
BROWN, C.J., not participating.

## MOTION AND PROCEDURAL RULINGS

**1996-2350. Smith v. Granville Twp. Bd. of Trustees.**
Licking App. No. 96–CA–98. On motion for order permitting destruction of impounded and sealed ballots. Motion granted.

**2009-1661. State v. White.**
Ashland App. Nos. 07–COA–037 and 07–COA–038, 2009-Ohio-3869. On motion for admission pro hac vice of Emily S. Schlesinger by Benjamin C. Mizer. Motion granted.

**2009-1794. Ackerman v. Fortis Benefits Ins. Co.**
Montgomery App. No. 23443. On motion for leave to file motion to apply Fed.R.Civ.P. 60(D)(1) and (3) and motion for clarification. Motions denied.

**2009-2307. Fed. Ins. Co. v. Executive Coach Luxury Travel.**
Allen App. Nos. 1–09–17 and 1–09–18, 2009-Ohio-5910. On motion for admission pro hac vice of Daniel I. Graham Jr. by Robert C. Buchbinder and Steven B. Ayers. Motion granted.
CUPP, J., not participating.

**2009-2355. In re Adoption of G.V.**
Lucas App. No. L–09–1160, 2009-Ohio-6338. On motion for admission pro hac vice of Mary Beck by Susan Garner Eisenman. Motion granted.

**2010-0437. State v. Graves.**
Ashland App. No. 08–COA–034, 2009-Ohio-2976. On motion for leave to file delayed appeal. Motion denied.

**2010-0458. State v. Clay.**
Miami App. No. 08CA33, 2009-Ohio-5608. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2010-0468. State v. Bowshier.**
Clark App. No. 2008 CA 101, 2009-Ohio-6387. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and CUPP, JJ., dissent.

**2010-0471. State v. Bennett.**
Stark App. No. 2009CA00298. On motion for leave to file delayed appeal. Motion denied.
O'DONNELL, J., dissents.

**2010-0472. State v. Shepherd.**
Butler App. No. CA2009–10–262. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2010-0483. State v. Simpson.**
Lucas App. No. L–07–1232, 2009-Ohio-4599. On motion for leave to file delayed appeal. Motion denied.